IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No. 08-po-00042-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW P. ANDERSON,

    Defendant.

## ORDER

This matter came on in the United States District Court for the District of Colorado in Grand Junction, Colorado on December 3, 2008 for trial to the court before Magistrate Judge Gudrun J. Rice. Wyatt Angelo, Assistant U.S. Attorney, appeared for the government. The Defendant Matthew P. Anderson appeared *pro se.*

After the government closed its evidence, the Defendant moved for a "directed verdict of not guilty." The court considers the Defendant's motion for a directed verdict a Federal Rule of Criminal Procedure 29 Motion for a Judgment of Acquittal.

Having considered the government's evidence, specifically the testimony of Josh Voorhis, Kim Dufty, Stephen Watwood, Dave Horst and Doug Mayre, and government's exhibits 1, 2 (A,B,C,D & E), 3 (A,B,C,D,E,F,G,H,I & J), 4 (A,B,C,D,E & F) and 5 (A,B & C), and also Defendant's exhibits C (1,2,3,4 & 5), D (9,10,11 & 12) and E, the Court finds that the evidence is insufficient to sustain a conviction.

The evidence viewed in the light most favorable to the government was not sufficient to find that Defendant Matthew Anderson on July 15, 2008 in the State and District of Colorado, in the Routt National Forest, placed or allowed unauthorized livestock to enter or be in the National Forest System or other lands under Forest Service control in violation of 36 C.F.R. § 261.1(a).

The court grants Defendant's Motion for a Judgment of Acquittal. Judgment of acquittal shall enter.

Dated this 4th day of December, 2008.

BY THE COURT:

s/ Gudrun J. Rice
_____
Gudrun J. Rice
United States Magistrate Judge

## Certificate of Mailing

I hereby certify that on December 04, 2008, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid, or hand delivered, as indicated, to the following:

Wyatt Angelo
Dondi Osborne
Assistant United States Attorneys
400 Rood Avenue, Suite 220
Grand Junction, CO 81502

*Hand Delivered*

Matthew P. Anderson
17825 Routt County Road 29
Oak Creek, CO 80467

*U.S. Mail*

**By:** _____
**Assistant to Magistrate Judge**