AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  COLORADO _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>MATTHEW P. ANDERSON | **JUDGMENT OF ACQUITTAL**<br><br>CASE NUMBER:   08-po-00042-GJR |

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.


_____
Signature of Judicial Officer

Gudrun J. Rice          U.S. Magistrate Judge
Name and Title of Judicial Officer

December 04, 2008
Date